FILED: July 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6257
(3:16-cr-00037-JAG-RCY-1)

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

RODNEY D. CRAWLEY

  Defendant - Appellant

M A N D A T E

The judgment of this court, entered June 10, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Nwamaka Anowi, Clerk