UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                       Case No. 3:16-cr-00037

RODNEY D. CRAWLEY,

        Defendant/Petitioner.

**MOTION FOR COMPASSIONATE RELEASE
PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)**

Petitioner Rodney Crawley, by counsel, and for the reasons stated in the attached memorandum, moves this Court to grant reduce his sentence to time served pursuant to 18 U.S.C. § 3582(c)(1)(A). Or to grant whatever other relief this Court deems proper.

        Respectfully submitted,

        RODNEY D. CRAWLEY,

        By: _____/s/ Danny Zemel____
                   Counsel

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
dzemel@krudys.com
*Counsel for Petitioner*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

      /s/ Danny Zemel
Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
dzemel@krudys.com
*Counsel for Petitioner*