```
BUTB5            *         INMATE DISCIPLINE DATA          *      11-17-2025
PAGE 001 OF 001  *     CHRONOLOGICAL DISCIPLINARY RECORD   *      16:00:30

REGISTER NO: 89689-083 NAME..: CRAWLEY, RODNEY D
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-17-2025




G5463        NO ENTRIES EXIST IN CHRONOLOGICAL LOG FOR TIME PERIOD REQUESTED
```



| Individualized Needs Plan - Program Review (Inmate Copy) | SEQUENCE: 02039717 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 10-30-2025 |
| Plan is for inmate: CRAWLEY, RODNEY D  89689-083 | |

| | | | |
|---|---|---|---|
| Facility: | CUM  CUMBERLAND FCI | Proj. Rel. Date: | 06-09-2028 |
| Name: | CRAWLEY, RODNEY D | Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| Register No.: | 89689-083 | DNA Status: | PEM07070 / 01-11-2017 |
| Age: | 48 | | |
| Date of Birth: | 08-15-1977 | | |

### Detainers
| Detaining Agency | Remarks |
|---|---|

NO DETAINER

### Inmate Photo ID Status
No photo ID - Expiration: null

### Current Work Assignments
| Facl | Assignment | Description | Start |
|---|---|---|---|
| CUM | FPI QA AD | FPI QA ALL DAY | 09-04-2025 |

### Current Education Information
| Facl | Assignment | Description | Start |
|---|---|---|---|
| CUM | ESL HAS | ENGLISH PROFICIENT | 02-06-2017 |
| CUM | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-16-2017 |

### Education Courses
| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| CUM | | MORE THAN MENTORS | 11-06-2024 | CURRENT |
| CUM | | S-SERVSAVE MANAGER CERT | 09-16-2025 | CURRENT |
| CUM | | SING LANGUAGE 1 | 09-12-2025 | CURRENT |
| CUM | C | S-OSHA10 CERTIFICATION | 09-10-2024 | 09-23-2024 |
| CUM | C | S-SERVSAVE FOOD HAND CERT | 06-14-2024 | 06-18-2024 |
| CUM | C | S-FORKLIFT CERTIFICATION | 09-07-2023 | 09-07-2023 |
| CUM | C | S-ASQ CQIA CERTIFICATE | 07-27-2022 | 11-15-2022 |
| CUM | C | ASQ QUALITY 101 | 12-30-2019 | 03-10-2020 |
| CUM | W | VT CARPENTRY | 03-20-2019 | 06-11-2019 |
| CUM | C | DRYWALL 1230(MARK) | 04-09-2018 | 08-08-2018 |
| CUM | C | ACCOUNTING | 02-16-2018 | 04-20-2018 |
| CUM | C | CRITICAL THINKING | 02-13-2018 | 04-17-2018 |
| CUM | C | MRSA IN AN ATHLETIC FACILITY | 05-31-2017 | 06-18-2017 |
| CUM | C | INTRO. COM. DRIVERS LICENSE | 02-01-2017 | 04-15-2017 |

### Discipline History (Last 6 months)
| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments
| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 02-09-2017 |
| CARE2 | STABLE, CHRONIC CARE | 09-21-2020 |

### Current Medical Duty Status Assignments
| Assignment | Description | Start |
|---|---|---|
| CPAP | CPAP MACHINE | 08-18-2022 |
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 02-11-2022 |
| LOWER BUNK | LOWER BUNK REQUIRED | 10-07-2025 |
| NO PAPER | NO PAPER MEDICAL RECORD | 01-31-2017 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-01-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-01-2017 |

### Current Drug Assignments
| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 04-28-2023 |



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: CRAWLEY, RODNEY D  89689-083

SEQUENCE: 02039717
Team Date: 10-30-2025

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 11-03-2017 |

### FRP Payment Plan

Most Recent Payment Plan

| | | | |
|---|---|---|---|
| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 06-22-2017 |
| Inmate Decision: | AGREED | $25.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $0.00 | | Obligation Balance: $0.00 |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $ N/A          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 07-01-2024 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 12-11-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 10-29-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 10-29-2025 |
| N-COGNTV N | NEED - COGNITIONS NO | 10-29-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-29-2021 |
| N-EDUC N | NEED - EDUCATION NO | 10-29-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 10-29-2025 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 10-29-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-29-2025 |
| N-MEDICL Y | NEED - MEDICAL YES | 10-29-2025 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 10-29-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 10-29-2025 |
| N-TRAUMA N | NEED - TRAUMA NO | 10-29-2025 |
| N-WORK N | NEED - WORK NO | 10-29-2025 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 10-29-2025 |

### Progress since last review

He has been working in UNICOR and maintained clear conduct since his last team. He has not completed any programs since his last team. He has completed his obligation to FRP plan.

### Next Program Review Goals

Make sure you are maintaining good hygiene, washing your hands as best as you can. Complete all four self-assessment surveys on TRULINCS. Complete one of the following: ACE courses, Drug Ed, Parenting, Life Connections Program, Brave, Challenge, Skills, available through the appropriate Department by your next program review in March 2025, so they will count toward Programs Completed on your PATTERN RISK ASSESSMENT POINTS SHEET. Review your FSA assessments, if you are in need status in any category enroll in and take a class or program related to that need by your next team. Continue working in your assigned department and save 10 % of your funds on a monthly basis to assist with your transition to society when you release.
- Seeking Safety and Seeking Strength
- Resume Building
- National Diabetes or Health and Wellness/Self Care
- Trauma Education
- Money smart
- Forklift
- Anger MGMT

### Long Term Goals

Make sure you are maintaining good hygiene, washing your hands as best as you can.  Complete two of the following: ACE courses, Drug Ed, Parenting, Life Connections Program, Brave, Challenge, Skills, available through the appropriate Department by your next program review in September 2026, so they will count toward Programs Completed on your PATTERN RISK ASSESSMENT POINTS SHEET. Additionally, complete a work program so that it will also count towards the Work Programs completed on your PATTERN RISK ASSESSMENT POINTS SHEET.  Review your FSA assessments and make sure you are not in REFUSE in any category by your next team.  Save



| Individualized Needs Plan - Program Review    (Inmate Copy) | SEQUENCE: 02039717 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 10-30-2025 |
| Plan is for inmate: CRAWLEY, RODNEY D   89689-083 | |

10 % of your funds on a monthly basis to assist with your release. If you have not done so apply for and obtain a Social Security card.
- Health and Wellness throughout the Lifespan
- Healthy Lifestyle
- Forklift
- CLN Stress MGMT
-ACE Accounting
-Starting a Small Business

### RRC/HC Placement

Recommended Placement on date 10-26-2027.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

### Comments

You should maintain clear conduct, strive for good work reports, maintain cell and unit sanitation requirements, maintain good family and community ties, participate in meaningful recreational activities and hobbies making positive and effective use of free time and facilitating stress management through next team.

Finance/Poverty Need Screen Is there documentation in the PSR of any of the following?
__ Any history of Bankruptcy
__ No bank account
__ No assets nor liabilities noted in PSR
X  Debts noted in Credit Report or other sources
__ Tax Liabilities/back taxes
X  Unpaid alimony/child support
__ other indications of lack of financial management skills (specify) _____ YES __X____ NO
_____ (if any of the above, check yes) If the answer is yes, the inmate has a financial/poverty skills need.



**Individualized Needs Plan - Program Review    (Inmate Copy)**    SEQUENCE: 02039717
Dept. of Justice / Federal Bureau of Prisons                          Team Date: 10-30-2025
Plan is for inmate: CRAWLEY, RODNEY D   89689-083

Name: CRAWLEY, RODNEY D            DNA Status:   PEM07070 / 01-11-2017
Register No.: **89689-083**
Age: 48
Date of Birth: 08-15-1977

_____
Inmate    (CRAWLEY, RODNEY D. Register No.: 89689-083)

_____
Date

_____          _____
Unit Manager / Chairperson                  Case Manager

_____          _____
Date                                        Date

Archived as of 11-06-2025    Individualized Needs Plan - Program Review    (Inmate Copy)    Page 4 of 4

```
BUTB5          *         PUBLIC INFORMATION          *     11-17-2025
PAGE 001       *            INMATE DATA              *     16:01:45
                         AS OF 11-17-2025

REGNO..: 89689-083 NAME: CRAWLEY, RODNEY D

                     RESP OF: CUM
                     PHONE..: 301-784-1000    FAX: 301-784-1008
                                              RACE/SEX...: BLACK / MALE
                                              AGE:  48
PROJ REL MT: GOOD CONDUCT TIME RELEASE        PAR ELIG DT: N/A
PROJ REL DT: 06-09-2029                       PAR HEAR DT:




G0002       MORE PAGES TO FOLLOW . . .
```

```
BUTB5            *          PUBLIC INFORMATION          *      11-17-2025
PAGE 002         *              INMATE DATA             *      16:01:45
                            AS OF 11-17-2025


REGNO..: 89689-083 NAME: CRAWLEY, RODNEY D

                  RESP OF: CUM
                  PHONE..: 301-784-1000   FAX: 301-784-1008
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 12-10-2027

FINAL STATUTORY RELEASE FOR INMATE.: 06-09-2029 VIA GCT REL
          WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 06-09-2028 VIA FSA REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 3:16CR00037-001
JUDGE...........................: GIBNEY
DATE SENTENCED/PROBATION IMPOSED: 12-13-2016
DATE COMMITTED..................: 01-30-2017
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $100.00         $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   383     21:841 SCH II NON-NARCOTIC

OFF/CHG: 21:841(A)(1) AND 841(B)(1)(B)(VIII) POSSESSION WITH INTENT TO
         DISTRIBUTE METHAMPHETAMINE, CT.1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    188 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 12-30-2015




G0002        MORE PAGES TO FOLLOW . . .
```

```
BUTB5         *          PUBLIC INFORMATION           *     11-17-2025
PAGE 003      *              INMATE DATA              *     16:01:45
                          AS OF 11-17-2025

REGNO..: 89689-083 NAME: CRAWLEY, RODNEY D

                   RESP OF: CUM
                   PHONE..: 301-784-1000    FAX: 301-784-1008

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-21-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-10-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 12-13-2016
TOTAL TERM IN EFFECT............:    188 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     15 YEARS      8 MONTHS
EARLIEST DATE OF OFFENSE........: 12-30-2015

JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                      12-30-2015    01-12-2016
                                      02-17-2016    12-12-2016

TOTAL PRIOR CREDIT TIME.........: 314
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 846
TOTAL GCT EARNED................: 486
STATUTORY RELEASE DATE PROJECTED: 06-09-2029
ELDERLY OFFENDER TWO THIRDS DATE: 07-14-2026
EXPIRATION FULL TERM DATE.......: 10-03-2031
TIME SERVED.....................:      9 YEARS      9 MONTHS     15 DAYS
PERCENTAGE OF FULL TERM SERVED..:  62.4
PERCENT OF STATUTORY TERM SERVED:  73.3




G0002       MORE PAGES TO FOLLOW . . .
```

```
BUTB5            *           PUBLIC INFORMATION            *    11-17-2025
PAGE 004 OF 004  *              INMATE DATA                *    16:01:45
                             AS OF 11-17-2025

REGNO..: 89689-083 NAME: CRAWLEY, RODNEY D

                    RESP OF: CUM
                    PHONE..: 301-784-1000    FAX: 301-784-1008

PROJECTED SATISFACTION DATE.....: 06-09-2028
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 365




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```