**Danny Zemel**                       Thursday, January 29, 2026 at 10:41:00 Eastern Standard Time

| | |
|---|---|
| **Subject:** | Letter for Rodney Crawley |
| **Date:** | Tuesday, January 27, 2026 at 11:10:19 PM Eastern Standard Time |
| **From:** | Faishun Crawley <​█████████████​> |
| **To:** | Danny Zemel <dzemel@krudys.com> |

You don't often get email from ██████████. Learn why this is important

To Whom It May Concern,

My name is Fai'Shun Crawley, and I am the daughter of Rodney Crawley. I am writing this letter to formally state my willingness and commitment to support my father during his probation period.

I am prepared to assist him with his daily routines, including maintaining a consistent schedule, attending required appointments, and ensuring he complies with all probation conditions. I will also provide guidance and support in helping him find and maintain employment, including assisting with job applications, transportation if needed, and encouraging accountability in his job search.

My intention is to provide a stable and supportive environment that will help my father remain focused on making positive choices and successfully completing his probation. I understand the importance of structure, responsibility, and compliance, and I am committed to helping him in these areas to the best of my ability.

If additional information is needed, I am available and willing to cooperate fully. Thank you for your time and consideration.

Sincerely,

FaiShun Crawley