**Danny Zemel**  Thursday, January 29, 2026 at 10:37:17 Eastern Standard Time

**Subject:** Letter of Acknowledgement
**Date:** Wednesday, January 28, 2026 at 11:11:29 AM Eastern Standard Time
**From:** Bryan Tunstall <███████████████>
**To:** Danny Zemel <dzemel@krudys.com>

You don't often get email from ███████████████  Learn why this is important

1/28/26

    Honorable Judge Gibney,

My name is Bryan N. Tunstall. I'm the cousin of Rodney D. Crawley. Mr. Crawley has recently been released and is living with me for the foreseeable future. I work for a non-profit organization called The Daily Planet. I've been employed with the organization for the last 19 years. In that time, I've been able to achieve several personal goals as well as assist individuals re-entering into society to become productive members as well. Now, the first step is to get Mr. Crawley is a valid I.D. so that he may obtain employment as to which I have a couple of positive resources for him to attempt to apply to. Mr. Crawley has also joined BRAVE HEARTS, which is a men's church group that meets once a month to provide positive words of encouragement as well as network with individuals throughout the city. I feel very confident that with the support system that Mr. Crawley has surrounded himself with, only positive results should occur. If there's anything I can do to provide reassurance on Mr. Crawley's quest for atonement, please don't hesitate to ask.

Sincerely,

BRYAN N. TUNSTALL