UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                         Case No. 3:16-cr-00037

RODNEY D. CRAWLEY,

        Defendant/Petitioner.

## **NOTICE**

      Petitioner Rodney Crawley, by counsel, provides notice to this Court that the time provided by Local Rule of Criminal Procedure 47(F)(1) for the United States to reply to Petitioner's Motion for Compassionate release, ECF Dkt. No. 102, has expired. Accordingly, that Motion may now be deemed to be unopposed.

                                              Respectfully submitted,

                                              RODNEY D. CRAWLEY,

                                              By:     /s/ Danny Zemel
                                                                  Counsel

Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
dzemel@krudys.com
*Counsel for Petitioner*

1

## Certificate of Service

I hereby certify that on this 25th day of February 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

_____/s/ Danny Zemel_____
Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
dzemel@krudys.com
*Counsel for Petitioner*
