IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 3:16-cr-37 |
| RODNEY D. CRAWLEY, | |
| *Defendant*. | |

### NOTICE OF APPEARANCE OF COUNSEL

The United States of America advises the Court that Janet Jin Ah Lee should be noticed as counsel of record for the United States in the above captioned case.

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

By: _____/s/_____
Janet Jin Ah Lee
Virginia Bar No. 84104
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: (804) 819-5400
Fax: (804) 771-2316
Email: Janet.Lee@usdoj.gov