IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:16cr37

RODNEY D. CRAWLEY,
        Defendant.

### ORDER

This matter comes before the Court on a motion for compassionate release filed by the defendant, Rodney D. Crawley. (ECF No. 102.) This motion follows Crawley's appeal of his previous motion for compassionate release to the United States Court of Appeals for the Fourth Circuit. Daniel Zemel, Esq., represented Crawley on that motion and appeal, and has filed the instant motion. Upon due consideration, the Court ORDERS as follows:

1.     The Court DIRECTS the Clerk to appoint Mr. Zemel to represent Crawley for the purpose of Section 603(b) of the First Step Act. *See* Pub. L. No. 115–391, § 603(b), 132 Stat. 5194, 5239 (2018) (amending 18 U.S.C. § 3582(c)(1)(A)); *United States v. Legree*, 205 F.3d 724, 730 (4th Cir. 2000); *cf.* 18 U.S.C. § 3006A(a)(2)(B) (providing interests of justice standard for appointment of counsel in similar post-conviction proceedings).

2.     Although Crawley urges the Court to deem the motion for compassionate release unopposed because the government did not respond to the motion, (*see* ECF No. 104), the Court declines to do so. Instead, the Court DIRECTS the United States Attorney's Office to respond no later than **March 20, 2026**, to explain its position regarding Crawley's motion and requested relief. The response must provide the following information:

        a.    The defendant's currently-projected date of release;
        b.    The status of the defendant's educational and vocational training, if any;
        c.    The status of any treatment for substance abuse or physical or mental health;

    d.    The defendant's post-sentencing conduct, including the defendant's compliance with the rules of the institution(s) in which the defendant has been incarcerated; and

    e.    Any relevant considerations of public safety.

Additionally, if the government does not oppose the motion for compassionate release, it SHALL promptly contact the United States Probation Office, Richmond Division, and notify it of this fact so that the Probation Office may make the appropriate arrangements.

3.    If Crawley disagrees with the government's response, he may reply within fifteen (15) days of the date that the government's response is filed.

6.    The Court DIRECTS the Probation Office to file a worksheet on Crawley's motion for compassionate release no later than **March 16, 2026**. In all instances, the Probation Office SHALL state whether it believes the motion for compassionate release should be granted or denied.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record; to the United States Probation Office, Richmond Division; and to the defendant.

Date: 3 March 2026  
Richmond, VA

/s/  
John A. Gibney, Jr.  
Senior United States District Judge