```
BUHC2           *        INMATE EDUCATION DATA        *        03-03-2026
PAGE 001 OF 001 *              TRANSCRIPT             *        10:21:35


REGISTER NO: 89689-083      NAME..: CRAWLEY                 FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: CBR-BALTIMORE CCM


--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
CBR  ESL HAS    ENGLISH PROFICIENT           02-06-2017 1058 CURRENT
CBR  GED HAS    COMPLETED GED OR HS DIPLOMA   02-16-2017 1011 CURRENT


--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL    DESCRIPTION                    START DATE   STOP DATE EVNT AC LV   HRS
CUM         SING LANGUAGE 1                09-12-2025 01-09-2026  P  C  P   100
CUM         S-SERVSAVE MANAGER CERT        09-16-2025 11-20-2025  P  C  P    16
CUM         S-OSHA10 CERTIFICATION         09-10-2024 09-23-2024  P  C  P    10
CUM         S-SERVSAVE FOOD HAND CERT      06-14-2024 06-18-2024  P  C  P     5
CUM         S-FORKLIFT CERTIFICATION       09-07-2023 09-07-2023  P  C  P     6
CUM         S-ASQ CQIA CERTIFICATE         07-27-2022 11-15-2022  P  C  P    24
CUM         ASQ QUALITY 101                12-30-2019 03-10-2020  P  C  P    20
CUM         VT CARPENTRY                   03-20-2019 06-11-2019  P  W  V   120
CUM         DRYWALL 1230(MARK)             04-09-2018 08-08-2018  P  C  M   120
CUM         ACCOUNTING                     02-16-2018 04-20-2018  P  C  P    10
CUM         CRITICAL THINKING              02-13-2018 04-17-2018  P  C  P    10
CUM         MRSA IN AN ATHLETIC FACILITY   05-31-2017 06-18-2017  P  C  P     1
CUM         INTRO. COM. DRIVERS LICENSE    02-01-2017 04-15-2017  P  C  P    20


--------------------------- HIGH TEST SCORES ---------------------------
TEST          SUBTEST        SCORE     TEST DATE      TEST FACL    FORM     STATE
TABE M        LANGUAGE        1.4     02-15-2017      CUM          9
              MATH APPL       2.9     02-15-2017      CUM          9
              MATH COMP       4.2     02-15-2017      CUM          9
              READING         1.9     02-15-2017      CUM          9
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```