```
BUHC2  531.01 *              INMATE HISTORY  797      *      03-03-2026
PAGE 001 OF 001 *               DRUG PGMS            *      10:22:42

 REG NO..: 89689-083 NAME....: CRAWLEY, RODNEY D
 CATEGORY: DRG       FUNCTION: PRT       FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| CBR | DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 04-28-2023 1029 | CURRENT |
| CBR | ED COMP | DRUG EDUCATION COMPLETE | 11-03-2017 1046 | CURRENT |
| CUM | DAP DIAG | DRUG ABUSE DIAGNOSIS PENDING | 04-26-2023 0929 | 04-28-2023 1029 |
| CUM | DAP SCREEN | DRUG ABUSE PROGRAM SCREENING | 07-25-2018 0830 | 04-26-2023 0929 |
| CUM | ED PART R | DRUG EDUCATION PARTICIPNT-REQD | 10-17-2017 1028 | 11-03-2017 1046 |
| CUM | ED WAIT RJ | DRUG EDUCATION WAIT-RQ JUDREC | 01-31-2017 1331 | 10-17-2017 1028 |

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```