Docusign Envelope ID: 453B1AAC-CBC9-89C8-81B0-75C34A6D5AC6



March 13, 2026

Dear Rodney Crawley,

We are confident your knowledge, skills, and talent will help us execute our mission of **MAKING BOWLING AMAZING** and take QubicaAMF Worldwide LLC Worldwide from **Good to Great**! We want to extend an offer for the Material Handler, position with QubicaAMF, effective March 30, 2026. It is important to note that starting your new employment with QubicaAMF is contingent on a negative drug screen result and a favorable criminal background result. You will report directly to Parenteau, Robert.

This letter states the principal terms and conditions of your employment. However, nothing in this letter implies an employment contract between QubicaAMF and you. Other terms of your job will be the same as those for other employees at QubicaAMF.

## COMPENSATION

This is a full-time, non-exempt position eligible for overtime pay after 40 hours worked in a work week. We offer you a starting annual salary of $39,520, paid bi-weekly.

## BENEFITS

During your employment with QubicaAMF, you will be eligible to participate in benefit programs generally available to other employees. These benefits include, but are not limited to, PTO, 401(k), group life insurance, medical, dental, and vision. You will be eligible for these insurance benefits on May 1, 2026.

Human Resources will give you an orientation on your first day. This orientation will include an introduction to management, a review of policies and procedures, a tour of the premises, and a welcome to the Company.

Rodney Crawley, we are very excited about your employment and look forward to you joining our Company. Please acknowledge your acceptance of our offer by replying to the email and returning it to me by March 18, 2026. Don't hesitate to contact me if you have any questions @Richmond-HR@qubicaamf.us.

Sincerely,

Richmond Human Resources

ACCEPTED AND AGREED:

Rodney Crawley

*Rodney Crawley*